UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OCT 14 A 11: 11

FELIX APEN MORALES,

Petitioner,

LUIS SOTO, *et al.*

Respondents.

Case No.:
2:26-cv-10401

Judge ,Katherine S Hayden

## NOTICE OF VOLUNTARY DISMISSAL OF HABEAS PETITION

Petitioner, Felix Apen Morales, in accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss his Petition for Writ of Habeas Corpus.

In support of this request, Petitioner states:

1. Petitioner filed a Petition for Writ of Habeas Corpus on August 15,2026
2. Petitioner wishes to withdraw the petition at this time.
3. The judge assigned to the case was Judge Katherine S Hayden

WHEREFORE, Petitioner respectfully requests that this Court dismiss the petition without prejudice.

Dated: 10/08/2026

Respectfully submitted,

NAME

DELANEY HALL CONTRACT FACILITY

451 DOREMUS AVENUE, NEWARK,
NEW JERSEY 07102

SO ORDERED this day of October 16, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ